IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BEVERLEE SCHWEIGHARDT and<br>JOSEPH G. SCHWEIGHARDT,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLES D. AXELROD, Trustee for<br>the Liquidation of W.S. Clearing, Inc.,<br><br>    Defendant. | C.A. No. 04-10744 RWZ |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), the parties agree to the dismissal with prejudice of all claims which were raised or could have been raised in this action. This Stipulation of Dismissal with Prejudice is without costs to any party and all parties waive any and all rights of appeal of the dismissal of this action.

Respectfully submitted,

CHARLES D. AXELROD, TRUSTEE OF
W.S. CLEARING, INC.

By his attorney,

_/s/ Mark A. Walsh_
Mark A. Walsh (BBO No. 567986)
Leboeuf, Lamb, Greene & MacRaE, LLP
260 Franklin Street
Boston, MA 02110
(617) 748-6853

BEVERLEE J. SCHWEIGHARDT AND
JOSEPH G. SCHWEIGHARDT

By their attorney,

_/s/ James W. Stoll_
James W. Stoll (BBO No. 544136)
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: July 19, 2004